STATE of Missouri, Respondent,

v.

**Russell Preston HILLEN, Appellant.**

No. WD 74163.

Missouri Court of Appeals,
Western District.

Sept. 25, 2012.

Chris Koster, Attorney General, Jessica P. Meredith, Assistant Attorney General, Jefferson City, MO, for Respondent.

Matthew Ward, Assistant Public Defender, Samuel Buffaloe, Assistant Public Defender, Columbia, MO, for Appellant.

Before DIV II: JOSEPH M. ELLIS, Presiding Judge, and ALOK AHUJA and MARK D. PFEIFFER, Judges.

### Order

PER CURIAM:

Russell P. Hillen appeals from a judgment entered upon a jury verdict in the Circuit Court of Randolph County, Missouri, finding him guilty of driving while intoxicated and driving while revoked. Hillen challenges the sufficiency of the evidence to support his convictions. Finding no error, we affirm in this *per curiam* order and have provided the parties with a memorandum setting forth the reasons for our decision. Rule 30.25(b).